■ Zoe Ferguson, Respondent, v Hess Corporation et al., Defendants, and Abro Management Corp., Appellant. (And Other Actions.) [28 NYS3d 591]—

Order, Supreme Court, New York County (Cynthia S. Kern, J.), entered April 28, 2015, which, insofar as appealed from as limited by the briefs, denied the motion of defendant Abro Management Corp. (Abro) for summary judgment dismissing the complaint and cross claims against it, unanimously affirmed, without costs.

Abro's motion was properly denied in this action where plaintiff alleges that she was injured when a metal plate in a sidewalk, adjacent to the premises managed by Abro, flipped up when she stepped on it, causing her to fall into the depression underneath. The record presents triable issues of fact regarding whether Abro created the dangerous condition, since it had contracted for repairs and performed the sidewalk restoration work itself (*see Church v Callanan Indus.*, 99 NY2d 104, 111 [2002]; *McNeill v LaSalle Partners*, 52 AD3d 407, 411 [1st Dept 2008]).

We have considered Abro's other arguments and find them unavailing. Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Webber, JJ.